HAROLD W. STEWART, INC., APPELLANT, *v.* PUBLIC UTILITIES COMMISSION OF OHIO, APPELLEE.

(No. 39360—Decided December 8, 1965.)

*Mr. Charles H. Ayres,* for appellant.
*Mr. William B. Saxbe,* attorney general, *Mr. Theodore K. High* and *Mr. Clark G. Redick,* for appellee.

*Per Curiam.* The order of the Public Utilities Commission, being neither unlawful nor unreasonable, is affirmed.

*Order affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT and BROWN, JJ., concur.
SCHNEIDER, J., dissents.